**Order entered January 19, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01067-CV

### PRO-FIRE & SPRINKLER, LLC AND JAMES C. LANKFORD, INDIVIDUALLY, Appellants

### V.

### THE LAW COMPANY, INC., Appellee

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-18762**

### ORDER

Before the Court is appellants' January 18, 2023 unopposed third motion for extension of time to file their brief. Appellants seek a forty-five day extension and explain the parties have agreed to attend mediation, currently scheduled for February 28, 2023.

We **GRANT** the motion and **ORDER** appellants to file a motion to dismiss the appeal, the brief, or a status report no later than March 6, 2023.

/s/    BILL PEDERSEN, III
       JUSTICE